UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT JAMES SWINT,<br><br>       Plaintiff,<br><br> -against-<br><br>ROBERT S. MUELLER, III; FALLOUT 76;<br>JOHN W. DEAN, III; HURRICANE SANDY;<br>NEW YORK TIMES,<br><br>       Defendants. | 21-CV-2960 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 14, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: June 14, 2021
    New York, New York

                /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge